**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| ULYSSES T. WARE, | : | BIVENS |
| Inmate # 56218-019, | : | 28 U.S.C. § 1331 |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:13-CV-0548-TWT-GGB |
| DARLEEN DREW, Warden, et al., | : | |
|     Defendants. | : | |

## FINAL REPORT AND RECOMMENDATION

On April 23, 2013, I entered an order re-styling Plaintiff's action from a habeas corpus petition filed under 28 U.S.C. § 2241 to a civil rights action filed under 28 U.S.C. § 1331 and *Bivens v. Six Unknown Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1970). [Doc. 14]. My reason for doing this is because Plaintiff's allegations concern his conditions of confinement, and he seeks damages. [Doc. 1]. In that order, I also directed Plaintiff to submit either the full filing fee of $350.00 or a completed financial affidavit seeking leave to proceed *in forma pauperis* within thirty (30) days. [*Id.*]. Plaintiff was advised that failure to comply with this directive within the specified period of time would result in the dismissal of the action.

In response to my order, Plaintiff has filed numerous motions, one of which specifically objects to my order re-styling his action. [Doc. 18].[1] However, as of this date, Plaintiff has failed to comply with my order. Accordingly, **I RECOMMEND** that this action be **DISMISSED WITHOUT PREJUDICE**, due to Plaintiff's failure to comply with a lawful Order of this Court. LR 41.3(A)(2), N.D. Ga.

**I RECOMMEND** that all of Plaintiff's pending motions be **DENIED** as moot.

The Clerk is **DIRECTED** to terminate the referral to me.

**IT IS SO RECOMMENDED** this 21st day of June, 2013.

*Gerrilyn G. Brill*
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE

---

[1] Under 28 U.S.C. § 636(b)(1), any objection by Plaintiff to my order is subject to review by the district judge.