IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ULYSSES T. WARE
and similarly situated inmates,

   Plaintiff,

    v.

DARLEEN DREW
WARDEN, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:13-CV-548-TWT

ORDER

     This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 23] of the Magistrate Judge recommending dismissing the action without prejudice for the Plaintiff's failure to comply with the Magistrate Judge's Order to pay the filing fee. The Plaintiff's objections to the Report and Recommendation are incomprehensible and delusional. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice. All of the Plaintiff's Motions [Doc. 2, 3, 10, 15, 16, 18, 19, 21, 22, 25, 26 & 28] are DENIED for abuse of the Court. The Plaintiff is ordered to post a $10,000.00 cash or corporate surety bond to satisfy an award of sanctions for future frivolous filings. Until he has done so, all papers submitted by the

T:\ORDERS\13\Ware\13cv548\r&r.wpd

Plaintiff in any action whatsoever are to be filed by the Clerk in this case file. And none are to be docketed as a motion requiring action by the Court without an Order by me or Judge Brill.

SO ORDERED, this 24 day of July, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge